UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ALLEN W. SCOTT, *et al*, § § Plaintiffs, § VS. § § JP MORGAN CHASE BANK, § NATIONAL ASSOCIATION, § SUCCESSOR IN INTEREST FROM THE § FDIC AS RECEIVER OF WASHINGTON § MUTUAL BANK; fka WASHINGTON § MUTUAL BANK, F.A., *et al*, § § Defendants. § | CIVIL ACTION NO. 3:18-CV-050 |

## **FINAL DISMISSAL ORDER**

Before the Court is Plaintiffs' Notice of Dismissal. Dkt. 12. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure:

It is hereby **ORDERED** that any and all claims, causes of action, and requests for affirmative relief asserted or requested by Plaintiffs against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

All pending motions are hereby **DENIED as moot.**

This is a **Final Judgment**.

SIGNED at Galveston, Texas, this 19th day of March, 2018.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge